**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Hennepin Avenue Restaurant, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Butcher & The Boar** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-5169214** | |
| **4.** | **Debtor's address** | **Principal place of business** **1121 Hennepin Avenue** **Minneapolis, MN 55403** Number, Street, City, State & ZIP Code **Hennepin** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Hennepin Avenue Restaurant, LLC** _____ Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Hennepin Avenue Restaurant, LLC**     Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>    Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>           Contact name _____ <br>           Phone _____ |

■ **Statistical and administrative information**

| | | | | |
|---|---|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. | | |
| **14.** | **Estimated number of creditors** | ☐ 1-49 <br> ☐ 50-99 <br> ■ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ■ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  **Hennepin Avenue Restaurant, LLC**                                             Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 5, 2020**
              MM / DD / YYYY

X **/s/ Douglas A. Van Winkle**                                    **Douglas A. Van Winkle**
  Signature of authorized representative of debtor                 Printed name

Title   **Owner/President**

**18. Signature of attorney**

X **/s/ Chad A. Kelsch**                                           Date  **October 5, 2020**
  Signature of attorney for debtor                                       MM / DD / YYYY

**Chad A. Kelsch 0300974**
Printed name

**Kelsch Law Firm, P.A.**
Firm name

**3350 Annapolis Lane N
Suite C
Plymouth, MN 55447**
Number, Street, City, State & ZIP Code

Contact phone  **(763) 398-1676**      Email address  **chad@kelschlawfirm.com**

**0300974 MN**
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

# United States Bankruptcy Court
## District of Minnesota

In re   **Hennepin Avenue Restaurant, LLC**   Case No.
Debtor(s)   Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  5, 2020**   **/s/ Douglas A. Van Winkle**
**Douglas A. Van Winkle**/**Owner/President**
Signer/Title

```
ABBOTT / GREG OGELE
1447 KINGS WOOD LANE
EAGAN MN 55122


ABBVIE PHARM
1314 BURCH DRIVE
EVANSVILLE IN 47725


ACE LOCK & SAFE CO., INC.
1000 BOONE AVE N
SUITE 800
MINNEAPOLIS MN 55427


AIRGAS NATIONAL CARBONATION
P.O. BOX 602792
CHARLOTTE NC 28260-2792


ALLIED PARKING, INC.
800 SOUTH NINTH STREET
MINNEAPOLIS MN 55404-1205


AMERICAN EXPRESS MERCHANT FIN.
P.O. BOX 981555
EL PASO TX 79998-1555


AMERICAN FISH & SEAFOOD
5501 OPPORTUNITY COURT
MINNETONKA MN 55343


AVETTA
17671 COWAN
#150
IRVINE CA 92614


B & B FOODS, LLC
1121 HENNEPIN AVE
MINNEAPOLIS MN 55403
```

BARE HONEY, LLC
635 9TH STREET SE
SUITE 160
MINNEAPOLIS MN 55414


BIX PRODUCE COMPANY
3060 CENTERVILLE ROAD
LITTLE CANADA MN 55117


BREAKTHRU BEVERAGE MINNESOTA
489 PRIOR AVE N
SAINT PAUL MN 55104


BROKEN ARROW RANCH, INC.
3296 JUNCTION HIGHWAY
INGRAM TX 78025


BYLINE BANK
10 N. MARTINGALE ROAD
SCHAUMBURG IL 60173


CARISOLO, INC.
E7995 SCHOOL ROAD
SAUK CITY WI 53583


CARTER DAY
500 73RD AVE NE
SUITE 100
MINNEAPOLIS MN 55432


CASTLE BIOSCIENCES
1534 ALTAMOUNT AVE
SAN JOSE CA 95125


CHF SOLUTIONS
12988 VALLEY VIEW ROAD
EDEN PRAIRIE MN 55344

```
CINTAS
P.O. BOX 650838
DALLAS TX 75265-0838



CITY OF MINNEAPOLIS
250 S. 4TH
ROOM 200
MINNEAPOLIS MN 55415



COCA-COLO CONSOLIDATED
PO BOX 602937
CHARLOTTE NC 28260-2937



COMCAST
PO BOX 34744
SEATTLE WA 98124-1744



D'ARTAGNAN, INC.
PO BOX 447
UNION NJ 07083-0447



DANONE
825 NICOLLET MALL
SUITE 750
MINNEAPOLIS MN 55402



DELOITTE
1223 PANAMA STREET
PHILADELPHIA PA 19107



DENNIS A. DRESSLER, ESQ.
DRESSLER/PETERS, LLC
70 W. HUBBARD ST, STE 200
CHICAGO IL 60654



DISTINCTIVE PRINT, INC.
1218 HARMON PLACE
MINNEAPOLIS MN 55403
```

```
DOUGLAS A. VAN WINKLE
1230 JABBERS DR
#400
MOUNT PLEASANT SC 29464



DRT INVESTMENTS, INC.
2523 GARFIELD ST
MINNEAPOLIS MN 55418



ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241



ERIN OHLAND
1598 RIDGEWOOD LANE S
ROSEVILLE MN 55113



EVANTA AND DANIELLE LEVINE
2080 NW FRIBT AVE
APT 505
PORTLAND OR 97209



EVERLAST BUSINESS FUNDING
5 WEST 37TH ST
#1100
NEW YORK NY 10018



EVERYDAY CAPITAL
C/O MAX RECOVERY GROUP, LLC
55 BROADWAY, 3RD FLOOR
NEW YORK NY 10006



EXPASE, INC.
425 MARKET STREET
SUITE 800
SAN FRANCISCO CA 94105
```

```
FANTASTIC CLEANING, LLC
119 E 59TH ST
#302
MINNEAPOLIS MN 55419




FINTECH
3109 W. DR. MLK JR. BLVD.
SUITE 200
TAMPA FL 33607




FIRE PROTECTION EQUIPMENT
2020 BROADWAY STREET NE
SUITE 100
MINNEAPOLIS MN 55413




FORTUNE FISH & GOURMET
2001 E 24TH STREET
MINNEAPOLIS MN 55404




GREAT CIAO
1201 DUPONT AVE N
MINNEAPOLIS MN 55411




HENNEPIN COUNTY TREASURER
A600 GOVERNMENT CENTER
300 S. 6TH STREET
MINNEAPOLIS MN 55487-0060




INSTANTWHIP FOODS
P.O. BOX 645592
CINCINNATI OH 45264-5992




INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA PA 19101-7346
```

```
INTERNATIONAL DECISIONS SYSTEM
220 SOUTH 6TH ST
SUITE 700
MINNEAPOLIS MN 55402



ITRIA VEN 7 (BIZ 2 CREDIT)
1 PENN PLAZA, 45TH FLOOR
NEW YORK NY 10119



JJ TAYLOR DISTRIBUTING OF MN
701 INDUSTRIAL BLVD NE
MINNEAPOLIS MN 55413



JOE'S BUILDING, LLC
1610 HARMON PLACE
MINNEAPOLIS MN 55403



JOE'S GARAGE, INC.
1610 HARMON PLACE
MINNEAPOLIS MN 55403



JON ANDERSON
3184 SHORELINE LANE
ARDEN HILLS MN 55112



JOSH AEGRIMSON
400 MEADOW VALLEY BAY
HUDSON WI 54016



KELLI CORKINS



KLC FINANCIAL
3514 COUNTY ROAD 101
MINNEAPOLIS MN 55435
```

```
KNIGHT CAPITAL FUNDING
9 E. LOOCKWERMAN ST
#202-543
DOVER DE 19901



KONE, INC.
P.O. BOX 3491
CAROL STREAM IL 60132-3491



KRISTEN MELBY AND EMILY EDON
6685 RUFFED GROUSE ROAD
CIRCLE PINES MN 55014



LICENSES AND CONSUMER SERVICES
350 S. 5TH ST, ROOM 1
MINNEAPOLIS MN 55415



LILLY DREW
8021 W. EVERGREEN ROAD
MEQUON WI 53097



LINDSEY WHITE
6524 HUMBOLT AVE S
RICHFIELD MN 55423



LUND REAL ESTATE HOLDINGS, LLC
4100 W 50TH STREET
SUITE 2100
EDINA MN 55424



LUNDS REAL ESTATE
4100 WEST 50TH ST
SUITE 2100
EDINA MN 55424



MAINSTREET BAKERY HOLDINGS
6947 WASHINGTON AVE S
EDINA MN 55439
```

```
MARGARET WOLF
6280 238TH AVE NE
STACY MN 55079



METRO SALES, INC.
1620 E 78TH STREET
MINNEAPOLIS MN 55423



MICHAEL AND BETH GANDIER
2384 TIMBERVIEW DR
HASTINGS MN 55033



MIDWEST SALAD CO.
16232 340TH AVE
WASECA MN 56093



MINNEAPOLIS OXYGEN
3842 WASHINGTON AVE N
MINNEAPOLIS MN 55412



MINNESOTA DEPT. OF REVENUE
COLLECTIONS DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564



MINNESOTA FIREWOOD, LLC
18691 233RD ST
LITTLE FALLS MN 56345



MORNINGSTAR COFFEE
PO BOX 270107
MINNEAPOLIS MN 55427



MR. ADVANCE
20200 W. DIXIE HIGHWAY #709
MIAMI FL 33180
```

```
MR. ADVANCE - KASH CAPITAL
C/O BERKOVITCH & BOUSKILA
80 BROAD STREET, #3303
NEW YORK NY 10004


NANCY HUYNH
2035 RAMLOW PLACE
SAINT PAUL MN 55116


NATIXIS
6484 MERRIMAC LANE NORTH
MAPLE GROVE MN 55311


NEESVIG'S, INC.
4350 DURAFORM LANE
WINDSOR WI 53598-0288


NORTON ROSE FULBRIGHT
60 SOUTH SIXTH STREET
SUITE 3100
MINNEAPOLIS MN 55402


ORIGIN WINE & SPIRITS
2300 PILOT KNOB ROAD
MENDOTA HEIGHTS MN 55120


PECAN DELUXE CANDY CO
7009 SENACA CT
ROSWELL GA 30076


PETERSON PURVEYORS, LLC
2593 FAIRVIEW AVE N
ROSEVILLE MN 55113


PLATE IQ
6400 HOLLIS ST
SUITE #10
EMERYVILLE CA 94608-1052
```

POPP COMMUNICATIONS
P.O. BOX 856076
MINNEAPOLIS MN 55485-6076


PRECISION FINANCIAL SERVICES
3857 35TH AVE S
MINNEAPOLIS MN 55406


PRIDGEON & ZOSS, PLLC
7301 OHMS LANE
SUITE 420
EDINA MN 55439-2339


QUALITY REFRIGERATION
6237 PENN AVE SOUTH
SUITE 100
RICHFIELD MN 55423


RAINY LAKE HOUSE BOATS
2033 CR 102
INTERNATIONAL FALLS MN 56644


RBC WEALTH MANAGEMENT
60 S 6TH STREET
MINNEAPOLIS MN 55402


REBECCA MIKOLAJCYK
165 BEACH ROAD
GLENCOE IL 60022


RELIABLE PROPERTY SERVICES
PO BOX 936640
ATLANTA GA 31193-6440


SESAC, INC.
PO BOX 5246
NEW YORK NY 10008-5246

```
SOUTHERN WINE AND SPIRITS
701 INDUSTRIAL BLVD NE
SUITE B
MINNEAPOLIS MN 55413



STANDFORD HEALTH
P.O. BOX 5066
SIOUX FALLS SD 57117



STORE MASTER FUNDING VIII, LLC
C/O BALLARD SPAHR
1 EAST WASHINGTON ST, STE 2300
PHOENIX AZ 85004-2555



SUCCESS COMPUTER CONSULTING
LOCKBOX #216
PO BOX 1575
MINNEAPOLIS MN 55480-1575



SYSCO MINNESOTA
24500 HIGHWAY 290
CYPRESS TX 77429



TAYLOR MARTINEZ
803 HARVARD ROAD
SAN MATEO CA 94402



TEASOURCE
2908 PENTAGON DRIVE NE
MINNEAPOLIS MN 55418



THE CINCINNATI INSURANCE CO.
PO BOX 145620
CINCINNATI OH 45250-5620



THE FISH GUYS
5320 W 23RD ST
SUITE 160
ST. LOUIS PARK MN 55416
```

```
THE WINE COMPANY
425 WEST MINNEHAHA
SAINT PAUL MN 55103



TORTILLERIA LA PERLA
2616 27TH AVE S
MINNEAPOLIS MN 55406



TRIO SUPPLY COMPANY
45 NORTHERN STACKS DR
SUITE 100
FRIDLEY MN 55421-2629



TRIPADVISOR, INC.
400 1ST AVE
NEEDHAM HEIGHTS MA 02494



TRITON RECOVERY, LLC
20200 W. DIXIE HIGHWAY
SUITE #709
MIAMI FL 33180



UNIV. OF MINNESOTA SURGICAL
516 DELAWARE ST SE
PWB11-145D
MINNEAPOLIS MN 55455



WELLS FARGO EQUIPMENT LEASING
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS IA 52404



WELLS FARGO VENDOR FINANCIAL
PO BOX 030310
LOS ANGELES CA 90030-0310



WESTMAN CHAMPLIN & KOEHLER
900 2ND AVE S
SUITE 1400
MINNEAPOLIS MN 55402
```

```
WILLIS TOWERS WATSON
8400 NORMANDALE LAKE BLVD
#1700
BLOOMINGTON MN 55437


WINE & SPIRITS, LLC
P.O. BOX 1433
MINNEAPOLIS MN 55480-1433
```